IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN GIVENS, | ) | |
| | ) | |
| Plaintiff, | ) | 15-CV-945 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | John W. Darrah |
| THOMAS J. DART AND COOK COUNTY, ILLINOIS, | ) ) | |
| Defendants. | ) | |

**DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE THEIR RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

NOW COME Defendants Thomas J. Dart and Cook County ("Defendants"), through their attorney, ANITA ALVAREZ, State's Attorney of Cook County, by and through her assistants, Conor T. Fleming and Jacqueline Carroll, Assistant State's Attorneys, and pursuant to Federal Rule of Civil Procedure 6(b) respectfully request that this Court enter an order granting both Defendants and Plaintiff an additional seven (7) days to file responsive briefs. In support, Defendants state the following:

1. This is a Section 1983 action arising from Plaintiff's incarceration in Cook County Department of Corrections ("CCDOC") in beginning in May 2012. *Dkt*. 1.

2. On December 15, 2015, this Court set a briefing schedule for Plaintiff's and Defendants' motions for summary judgment. Motions for summary judgment were due on December 31, 2015. Responses are due on January 15, 2016, and replies are due on January 22, 2016. *Dkt*. 31.

3. Defendants filed their joint motion for partial summary judgment on December 31, 2015. *Dkt*. 33. Plaintiff also filed his motion for partial summary judgment on that date. *Dkt*. 38.

4. Between December 31, 2015 and present, undersigned counsel for Defendants have been preparing Defendants' responsive pleading, while also engaged in extensive litigation requiring a significant amount of time in other individually-assigned cases. For example, undersigned counsel for Dart has traveled to Sumner, Illinois for plaintiff's deposition in *Round v. Dart*, 14-CV-7181, and has filed a motion for summary judgment in *Crockwell v. Dart*, 15-CV-825 (Crockwell is also represented by Plaintiff's counsel here). Undersigned counsel for Dart is also one of only two attorneys assigned to the consolidated cases under *Cox v. Dart*, 13-CV-5874 (Kendall, J.), which are actively being litigated, and Counsel for the County has filed a response in opposition to Plaintiff's motion for leave to file a second amended complaint in *Leato v. Cook County*, 14-CV-454.

5. Defendants respectfully request an extension of seven (7) days, until January 22, 2016 for the filing of response briefs for both Plaintiff and Defendant. Defendants request that reply briefs be due on January 29, 2016.

6. Undersigned counsel is not being dilatory in bringing this motion.

7. This motion is brought in good faith and is not intended to hamper or delay this litigation.

8. The Plaintiff will not be prejudiced if Defendants' motion for an extension is granted.

9. Defendants have spoken with Plaintiff's counsel and Plaintiff does not oppose this motion.

*WHEREFORE*, the Defendants request that his Honorable Court grant them seven days to file response briefs and for the summary judgment briefing schedule to reflect as follows:

Plaintiff and Defendants' response briefs due on January 21, 2016.

Plaintiff and Defendants' reply briefs due on January 29, 2016.

*Respectfully submitted*,

/s/ Jacqueline Carroll　　　　　　　　　　　　　　/s/ Conor T. Fleming

**ATTORNEY FOR COOK COUNTY**　　　　　**ATTORNEY FOR DART**
Jacqueline Carroll　　　　　　　　　　　　　　　Conor T. Fleming
Conflicts Counsel Unit　　　　　　　　　　　　　Torts & Civil Rights Litigation
Cook County State's Attorney　　　　　　　　　Cook County State's Attorney
69 W. Washington, Ste. 2030　　　　　　　　　500 Richard Daley Center
Chicago, IL 60602　　　　　　　　　　　　　　Chicago, IL 60602