IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| John Givens, | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| -vs- | ) No. 15-cv-945 |
| | ) |
| Thomas Dart, Sheriff of Cook County, and Cook County, | ) *(Judge Darrah)* |
| | ) |
| *Defendants.* | ) |

## STIPULATION TO DISMISS PURSUANT TO Fed. R. Civ. P. 41(a)(1)(A)(ii)

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is stipulated between the parties, by their undersigned respective counsel, that this action is dismissed without prejudice and without costs. The dismissal will become with prejudice and without costs in 30 days. If necessary, the parties have 30 days to reinstate the case.

/s/ Patrick W. Morrissey
Thomas G. Morrissey, Ltd.
10150 S. Western Ave., Suite Rear
Chicago, IL 60643
(773)233-7900
*An attorney for plaintiff*

/s/ Jacqueline Carroll (with consent)
Jacqueline Carroll, ASA
69 W. Washington, Suite 2030
Chicago, IL 60602
*An attorney for defendant Cook County*

/s/ Conor Fleming (with consent)
Conor Fleming, ASA
500 Richard J. Daley Center
Chicago, IL 60602
*An attorney for defendant Sheriff*
